**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHURCH OF OUR SAVIOR, formerly
known as Resurrection Anglican
Church, Inc., a Florida Nonprofit
Corporation,

      Plaintiff,

v.         Case No. 3:13-cv-1346-J-32JBT

THE CITY OF JACKSONVILLE
BEACH, a Florida Municipal
Corporation,

      Defendant.

## **O R D E R**

This case is before the Court on Defendant City of Jacksonville Beach's Motion to Compel Deposition (Doc. 147), and Plaintiff Church of Our Savior's response thereto (Doc. 148). In the motion, the City requests an order compelling counsel for the Church to appear for a telephone deposition regarding the Church's motion for attorney's fees and costs. In its response, the Church primarily repeats its arguments for an award of fees and costs, but also contests that any discovery on the issue is appropriate, while asking alternatively that any deposition occur in the courthouse after the City has pre-paid all fees and costs associated with the deposition.

Upon due consideration, the Court determines that the City's motion to compel counsel to appear for deposition is due to be denied. The Court will, however, require the Church to respond to certain of the interrogatories propounded by the City, and

will adjust the City's deadline to respond to the motion for fees and costs accordingly. The parties are advised that the Court also may, as necessary, take testimony during the April 10 hearing, including testimony from counsel for the Church. See Norman v. Housing Auth. of Montgomery, 836 F.2d 1292, 1303-04 (11th Cir. 1988).

Accordingly, it is hereby

**ORDERED**:

1. Defendant's Motion to Compel Deposition (Doc. 147) is **DENIED**.

2. On or before **March 9, 2015**, the Church shall serve responses to Nos. 1, 2, 3, 4, and 7 of Defendant's Third Set of Interrogatories to Plaintiff (see Doc. 147-3).

3. On or before **March 20, 2015**, the City shall file its response to the Church's Motion for Attorney Fees and Costs Pursuant to 42 U.S.C. § 1988(b) (Doc. 127), Supplemental Motion for Attorney Fees and Costs Pursuant to 42 U.S.C. § 1988(b) (Doc. 143), and Amended Supplemental Motion for Attorney Fees and Costs Pursuant to 42 U.S.C. § 1988(b) (Doc. 146.)

**DONE AND ORDERED** at Jacksonville, Florida this 26th day of February, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies to:

Counsel of record